MABEL SOPPER, PLAINTIFF-PETITIONER, v.
SAVADA BROTHERS, INC., DEFENDANT-RESPONDENT.

*Messrs. Shapiro, Brotman, Eisenstat & Capizola* for the petitioner.

*Messrs. Greenblatt & Greenblatt* for the respondent.

September 19, 1967. Denied.

ELINOR O'CONNOR, PLAINTIFF-RESPONDENT, v.
JOHN C. O'CONNOR, DEFENDANT-PETITIONER.

*Mr. John C. O'Connor in propria persona.*

*Mrs. Elinor P. O'Connor in propria persona.*

September 19, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SHERWIN HERBERT RAYMOND, *ET ALS.*, DEFEND-
ANTS-PETITIONERS.

*Messrs. Glickman & Valentine* and *Mr. Saul C. Schutzman* for the petitioners.

*Mr. Arthur J. Sills, Mr. Joseph A. Hoffman* and *Mr. Thomas J. Savage* for the respondent.

September 19, 1967. Denied.